IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cv-00354-F

| | | |
|---|---|---|
| ALLSTATE INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| AMY B. DENTON, PATRICK I. DENTON, JANAE M. BAINES, ANDREW JONES, by and through his Guardian, ROSARIO JONES, | ) | |
| | ) | |
| Defendants | ) | |

The parties have informed the court they have reached a settlement in this matter [DE-28]. Accordingly, this action is DISMISSED without prejudice to any party to the action to reopen should settlement not be consummated on or before March 26, 2015. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before that date.

SO ORDERED.    This the 26 day of February, 2015.

_James C. Fox_
James C. Fox
Senior United States District Judge